IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 1 0 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| RICHARD WAYNE STANLEY,   )   | |
|     Plaintiff,                           )   | Civil Action No. 7:05-cv-00388 |
|                                        )   | |
| v.                                                        )   | **MEMORANDUM OPINION & ORDER** |
|                                        )   | |
| ROANOKE CITY JAIL, et al.,   )   | By: Michael F. Urbanski |
|     Defendants.                     )   | U.S. Magistrate Judge |

This matter is before the court upon plaintiff's motion for appointment of counsel. Plaintiff has not suggested that he is unable to present his case to this court due to the complexity of the issues nor due to his own incompetence, rather he states only that counsel should be appointed because the doctor he named in that above referenced matter is continuing to treat him for back pain. The court is of the opinion that plaintiff has not shown adequate cause for appointment of counsel in the sense contemplated by Cook v. Bounds, 518 F.2d 779 (1975). Only under the most exceptional circumstances should a district court request an attorney to represent an indigent litigant in a civil case. Id. Accordingly, it is hereby

**ORDERED**

that plaintiff's motion for appointment of counsel shall be and hereby is **DENIED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to plaintiff.

**ENTER**: This 10 day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE