CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 0 2 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RICHARD WAYNE STANLEY, ) | |
| Plaintiff, ) | Civil Action No. 7:05-cv-00388 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ROANOKE CITY JAIL, et al., ) | By: Jackson L. Kiser |
| Defendants. ) | Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day it, is hereby

**ORDERED**

that defendants motion for summary judgment, shall be and hereby is **GRANTED** as to all plaintiff's § 1983 claims. This case will be **STRICKEN** from the active docket of the court.

Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Civil Procedure by filing a notice of appeal with this court within thirty (30) days of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5) or 4(a)(6).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff and counsel of record for the defendants.

ENTER: This 2nd day of December, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge